THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James E.
 Mobley, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2009-UP-450
 Submitted September 1, 2009- Filed October
7, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: 
 James E. Mobley appeals his conviction for distribution of crack cocaine, third
 offense.  Mobley asserts the trial court's charge on reasonable doubt lessened
 the State's burden of proof.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Mobley's appeal and grant counsel's motion to be relieved. [1]
APPEAL
 DISMISSED.  
Short, Williams,
 and Geathers, J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.